IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
OCT 1 8 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-32-BLG-SPW-2 |
| Plaintiff, | |
| vs. | **ORDER RESETTING SENTENCING** |
| ROBERT JOHN BIGBACK, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Sentencing hearing presently set for Tuesday, November 20, 2018 at 1:30 p.m. is **VACATED** and **RESET** for **Tuesday, November 20, 2018 at 10:30 a.m., changing the time for the hearing only.**

The clerk shall promptly notify counsel and the probation office of the entry of this Order.

DATED this 18th day of October, 2018.

SUSAN P. WATTERS
United States District Judge

1